**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respodent,

v.

Miguel Herrera, Appellant.

Appellate Case No. 2012-213538

---

Appeal From Darlington County
Thomas A. Russo, Circuit Court Judge

---

Unpublished Opinion No. 2013-UP-386
Submitted August 1, 2013 – Filed October 9, 2013

---

**APPEAL DISMISSED**

---

Appellate Defender Breen Richard Stevens, of Columbia; and Miguel Herrera, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

---

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and PIEPER and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.